UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97-CR-116-GCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MILTON DODD         (5) | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

IT IS ORDERED that the hearing on the Revocation of Supervised Release currently set for May 28, 2013 is hereby **RE-SET for May 22, 2013 at 11:30 a.m.**.

Signed: May 20, 2013

Graham C. Mullen
United States District Judge