

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 9/3/2013

**To:** The Honorable Graham C Mullen
United States District Judge

**From:** Timothy N Goodman
Senior United States Probation Officer

**Subject:** **DODD, Milton**
Dkt. No. 3:97CR116-05
**REQUEST TO DESTROY SEIZED PROPERTY**

On 10/27/1998, the defendant was sentenced pursuant to a conviction for Conspiracy to Possess With Intent to Distribute, and Distribute Cocaine and Cocaine Base. He was ordered to serve 168 months imprisonment (later reduced to 120 months imprisonment), followed by three (3) years of supervised release. His term of supervised release commenced on 05/28/2010. The following property was seized from the defendant during his supervision term: 1) set of digital scales; 2) razor blade; 3) sandwich baggies; and 4) cell phone. The cell phone was returned to the defendant. These items were seized from the defendant's residence on 02/20/2013. The defendant's supervision was revoked on 05/22/2013. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7682, should you have any questions.

THE COURT ORDERS:

☑ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_Graham C. Mueller_        9 September 2013
Signature of Judicial Officer        Date